UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE HAYNES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO, Warden<br><br>　　　　Respondent. | No. CV 18-7065-DSF (AGR)<br><br>JUDGMENT |

　　Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

　　IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: 9/7/18

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge